UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JACOB PELTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:14-cv-01053-JAR |
| | ) | |
| D&L TOWING, INC. and CITY OF | ) | |
| CHESTERFIELD a/k/a CHESTERFIELD | ) | |
| POLICE DEPARTMENT, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

In light of the Court's Order granting Plaintiff leave to file an amended complaint (Doc. 37) and Plaintiff's filing of his Second Amended Complaint (Doc. 36),

**IT IS HEREBY ORDERED** that Defendants' Motions to Dismiss (Docs. 16, 26) are **DENIED as moot.**

Dated this 5th day of March, 2015.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE